1  SEGAL LAW GROUP
   LAWRENCE SEGAL [BAR NO. 101339]
2  ANDREW D. SHUPE [BAR NO. 240635]
3  9100 Wilshire Boulevard, Suite 616E
   Beverly Hills, California 90212-3557
4  Telephone: (310) 550-4840
   Facsimile: (310) 550-4848
5  Email: lawrence@legalsegal.com
   Email: andrew@legalsegal.com

6  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
7  jeffrey@shinbrotfirm.com
   JEFFREY S. SHINBROT, APLC
8  15260 Ventura Blvd., Suite 1200
   Sherman Oaks, CA 91403
9  Telephone: (310) 659-5444
   Fax: (310) 878-8304
10 Counsel for Creditors Colette McDougall,
   Richard W. Colburn, Carol Colburn Grigor
11 and Keith W. Colburn

FILED & ENTERED

AUG 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

12              **UNITED STATES BANKRUPTCY COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  In re                                  Case No. 2:22-BK-10059-BB

16  ANTHONY JOSEPH PELLICANO,              Chapter 7

17        Chapter 7 Debtor.                Adv. No. 2-22-ap-01081-BB

18                                          **JUDGMENT IN FAVOR OF
                                            PLAINTIFFS AND AGAINST
19                                          DEFENDANT ANTHONY JOSEPH
                                            PELLICANO DETERMINING NON-
20                                          DISCHARGEABILITY PURSUANT TO
                                            11 U.S.C. § 523(a)(6)**
21

22  COLETTE MCDOUGALL, RICHARD              **Hearing Date/Time/Place**
    W. COLBURN, CAROL COLBURN
23  GRIGOR, AND KEITH W.
    COLBURN,
24                                          Date: August 30, 2022
          Plaintiffs,                       Time: 2:00 p.m.
25                                          Place: 255 East Temple Street, Los Angeles,
          v.                                California, Courtroom 1539
26
    ANTHONY JOSEPH PELLICANO,
27
          Defendant.
28

The Court having considered Plaintiffs Colette McDougall, Richard W. Colburn, Colburn Grigor f/k/a Carol Colburn-Hogel and Keith W. Colburn Motion for Summary Judgment, the documents and evidence submitted in support thereto, having made the rulings on the evidentiary objections read into the record at the time of hearing on the motion, and having issued its statement of uncontroverted facts and conclusions of law, good cause appearing and notice having been proper, now therefore it is hereby **Ordered, Adjudged and Decreed** as follows

1. The Motion for Summary Judgment is granted.

2. Judgment is hereby entered in favor of plaintiffs Collette McDougall, Richard W. Colburn, Carol Colburn, and Keith W. Colburn and against Anthony Joseph Pellicano for Exception to Discharge of Debt for Willful and Malicious Injury to Another pursuant to 11 U.S.C. § 523(a)(6).

3. Anthony Joseph Pellicano's debt to plaintiffs Collette McDougall, Richard W. Colburn, Carol Colburn, and Keith W. Colburn arising from the default judgment entered against him on November 19, 2012 in the Los Angeles County Superior Court action entitled McDougall et al. v. Pellicano et al., Case No. BC381720, is non-dischargeable pursuant to 11 U.S.C. § 523(a)(6).

**IT IS SO ORDERED**.

#####

Date: August 30, 2022

Sheri Bluebond
United States Bankruptcy Judge

2